UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 1:21 CR 598 |
| ) | |
| Plaintiff ) | |
| ) | JUDGE SOLOMON OLIVER, JR. |
| v. ) | |
| ) | |
| TERRENCE JONES, ) | |
| ) | |
| Defendant ) | **ORDER** |

    This matter was before the court on January 28, 2026 for a final supervised release violation hearing, upon the recommendation of the Pretrial Services and Probation Officer. Defendant Terrence Jones was present and represented by Assistant Federal Public Defender David Johnson. The United States was represented by Assistant United States Attorney Erica Barnhill. The Pretrial Services and Probation Office was represented by Douglas Warren. The court reporter was Shirle Perkins. Defendant admitted to supervised release Violation No. 2 at the December 10, 2025 hearing before Magistrate Judge James E. Grimes, Jr., who issued a report and recommendation to this court. The court adopts the Report and Recommendation of the Magistrate Judge as stated on the open record and finds Mr. Jones in violation of the terms of his supervised release.

    IT IS ORDERED that Defendant's term of supervised release shall continue, with the same terms and conditions as previously imposed, and the added condition that Defendant

participate in an anger management program as directed by his Probation Officer. Further, Defendant's term of supervised release shall be extended an additional six (6) months from his current term of supervision. Defendant was advised of his right to appeal.

    IT IS SO ORDERED.

                                                /s/*SOLOMON OLIVER, JR.*
                                                UNITED STATES DISTRICT JUDGE

January 28, 2026